# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAWRENCE TRAMEL,

    Plaintiff,

v.

STATE OF NEVADA, *et al.*,

    Defendants.

Case No. 2:10-CV-1008-KJD-RJJ

**ORDER**

    On September 3, 2010, the Court entered an Order (#4) granting Plaintiff's application to proceed *in forma pauperis*, but dismissing Plaintiff's complaint with leave to amend. The Court ordered Plaintiff to file an amended complaint within thirty (30) days of the entry of its order and warned Plaintiff that failure to file an amended complaint would result in dismissal of this action. Though the time for doing so has passed, Plaintiff has failed to file an amended complaint or otherwise respond to the Court's order.

    Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Complaint (#5) is **DISMISSED**.

    DATED this 18th day of October 2010.

_____
Kent J. Dawson
United States District Judge